AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Brian D. Pettiford ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-CV-6271(NSR)(JCM |
| The City of Yonkers, et. al ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Westchester District Attorney Investigator Edward Salinas

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Sayegh & Sayegh, P.C. 615 Yonkers Avenue Yonkers, New York 10704 | Date and Time: 04/15/2020 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/02/2020

SO ORDERED:
~~CLERK OF COURT~~

*(signature)* C. M°Ca—
OR

Signature of ~~Clerk or Deputy Clerk~~
U.S.M.J.

Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brian Pettiford Sayegh & Sayegh, P.C. 615 Yonkers Avenue, Yonkers, New York 1070, who issues or requests this subpoena, are:
Ansa & Assuncao, LLP 707 Westchester Avenue, Suite 309, White Plains, New York 10604

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).