UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

BRIAN D. PETTIFORD,

          Plaintiff,

-against-

THE CITY OF YONKERS, YONKERS POLICE OFFICER VINNIE DEVITO, YONKERS POLICE OFFICER ALEX DELLADONNA, YONKERS POLICE OFFICER PETER SCHWARTZ, YONKERS POLICE OFFICER DENNIS MOLINA #646, YONKERS POLICE OFFICER CHRISTIAN KOCH #699, ALL DEFENDANTS INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF THE CITY OF YONKERS,

          Defendants.

Docket No. 14 Civ. 6271 (JCM)

-----------------------------------------------------------------

## *JUDGMENT IN A CIVIL ACTION*

Whereas on March 20, 2020, the Court has entered an order [ECF#161] grating in part Petitioner, PAULA JOHNSON KELLY, ESQ.'s motion [ECF#120] for attorney's fees and costs, it is:

ORDERED that judgment is entered in favor of Petitioner, PAULA JOHNSON KELLY, ESQ. as against Plaintiff, BRIAN D. PETTIFORD, in the amount of (1) Seventeen Thousand Four Hundred Thirty-Three Dollars 75/100 Cents ($17,433.75) for attorney's fees and (2) Two Thousand Eighty-Three Dollars 64/100 Cents ($2,083.64) for costs; and (3) a charging lien pursuant to N.Y. Judiciary Law §475, on any monetary recoveries obtained by Plaintiff in the above-referenced proceeding, plus pre- & post-judgment interest at the rate of 9% per annum, pursuant to NY C.P.L.R. §5004.

Dated: _____March 30,\_\_\_\_\_2020
        White Plains, New York

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  *United States Magistrate Judge*