# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BRIAN D. PETTIFORD | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-CV-6271 (JCM) |
| THE CITY OF YONKERS, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: MIRIAM NMAIR

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: The Quinn Law Firm, PLLC<br>399 Knollwood Road, Suite 220<br>White Plains, NY 10603 | Date and Time:<br>08/24/2020 11:00 am |
|---|---|

The deposition will be recorded by this method: Stenographic

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/11/2020

SO ORDERED:

*Judith C. McCarthy*
Signature of U.S. Magistrate Judge

OR

_____
Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The City of Yonkers and all individually named Defendants, who issues or requests this subpoena, are:

Andrew C. Quinn, Esq. The Quinn Law Firm, PLLC, 399 Knollwood Road, Suite 220, White Plains, New York 10603
914-997-0555, aquinn@quinnlawny.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).