AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BRIAN D. PETTIFORD<br>*Plaintiff*<br>v.<br>THE CITY OF YONKERS, ET AL.<br>*Defendant* | )<br>)<br>) Civil Action No. 14-cv-06271 (JCM)<br>)<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Westchester County District Attorney's Office, 111 Dr. Martin Luther King, Jr. Boulevard, White Plains, New York 10601

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All "Investigative Fund Receipts" contained in the City of Yonkers Police Department's CI 173's confidential informant file that was retained by the Westchester County District Attorney's Office pursuant to its Public Integrity Investigation #2016PI-0025.

| Place: Ansa Assuncao, LLP<br>707 Westchester Avenue, Suite 309<br>White Plains, New York 10604 | Date and Time:<br>November 23, 2020 at 10 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/23/2020

*SO ORDERED:*

_____   OR   _____
Signature of U.S.M.J.                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brian D. Pettiford _____, who issues or requests this subpoena, are:
Ansa Assuncao, LLP, 707 Westchester Avenue, Suite 309, White Plains, New York 10604

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).